# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS

P.O. Box 12547, Austin, Texas 78711-2547

(512) 463-1733

Date:  October 30, 2015

Case Number:  03-15-00249-CV
Trial Court No.: C-1-CV-15-002921

Style:  Michael Franzak v. Cielo Multi Family LLC d/b/a Cielo Apartments

---

The following correction was made to this Court's opinion issued 9/30/15:

**In line 2, "August 9, 2010" was changed to "August 9, 2015."**

The enclosed, corrected opinion was sent this date to the following persons:

The Honorable Dana DeBeauvoir
Civil County Clerk
Travis County Clerk's Office
P. O. Box 149325
Austin, TX 78714
* DELIVERED VIA E-MAIL *

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Mr. William S. Warren
Warren Law Firm
1011 Westlake Drive
Austin, TX 78746
* DELIVERED VIA E-MAIL *

Mr. Michael Franzak
3501 Ranch Road 620 S.
Bee Cave, TX 78738

The Honorable Eric Shepperd
County Court at Law No. 2
Travis County Courthouse
1000 Guadalupe St., #211
Austin, TX 78701
* DELIVERED VIA E-MAIL *



RECEIVED
NOV 0 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00249-CV

**Michael Franzak, Appellant**

v.

**Cielo Multi Family LLC d/b/a Cielo Apartments, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-15-002921, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## MEMORANDUM OPINION

Appellant Michael Franzak filed his notice of appeal on April 30, 2015. The record was completed on July 10, 2015, making appellant's brief due on August 9, 2015. *See* Tex. R. App. P. 38.6(a). On August 25, we sent appellant notice that his brief was overdue, requesting a response by September 4. To date, appellant has not filed his brief or otherwise responded to our notice. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed:   September 30, 2015



# COURT OF APPEALS

THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

11-2-15

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401603 OCT 30 2015

RECEIVED

NOV 0 9 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

MR. MICHAEL FRANZAK
3501 RANCH ROAD 620 S.
BEE CAVE, TX 78738

NIXIE      787    DE 1270      0011/04/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 78711254747      *0893-11707-04-14

46   IQLP1536273673